Troy B. Froderman (#012717)
tfroderman@polsinelli.com
Jonathan G. Brinson (#025045)
jbrinson@polsinelli.com
POLSINELLI SHUGHART PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

Attorneys for Plaintiff Moon Mountain Farms, LLC

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF ARIZONA

| Moon Mountain Farms, LLC, | Case No. 2:10-cv-2062-HRH |
|---|---|
| Plaintiff, | **PLAINTIFF'S ARBITRATION STATUS REPORT** |
| vs. | |
| Federal Crop Insurance Corporation, | (Assigned to the Honorable H. Russel Holland) |
| Defendant. | |

Pursuant to the Court's Order dated November 19, 2012 ("Order;" Dkt. No. 36), Plaintiff Moon Mountain Farms, LLC ("MMF"), provides this notice of the underlying arbitration's current status. The arbitrator has directed the underlying parties to submit arbitration briefs by December 13, 2012. Pursuant to arbitration rule R-41, the arbitrator should issue his determination within thirty days from that time. Accordingly, MMF will be in a position to notify this Court whether it must proceed with this stayed litigation by no later than February 1, 2013.

Dated this 10th day of December, 2012.

**POLSINELLI SHUGHART PC**

By: /s/ Jonathan G. Brinson
    Troy B. Froderman
    Jonathan G. Brinson
    One East Washington St., Suite 1200
    Phoenix, AZ 85004
    *Attorneys for Plaintiff*
    *Moon Mountain Farms, LLC*

1

2836673.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing

                                         /s/ Kelley Irish

2836673.1